468

**The People of the State of New York, Respondent, v Edgardo Cartagena, Appellant.** [780 NYS2d 288]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dowling, J.), rendered July 8, 2002, convicting him of criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the trial court improperly allowed the prosecutor to elicit testimony regarding his possession of a beeper and a cell phone at the time of his arrest. He also argues that the trial court erred in allowing an undercover detective to testify that the detective previously used a beeper or a cell phone to contact drug dealers. These contentions are unpreserved for appellate review (*see People v McDowell,* 47 NY2d 858; *People v Saladana,* 208 AD2d 872; *People v Klos,* 190 AD2d 754), and, in any event, are without merit. The testimony at issue was probative of the defendant's intent to sell an illegal substance (*see People v Davis,* 196 AD2d 880; *People v Carpenter,* 187 AD2d 519; *People v Calada,* 154 AD2d 700; *see also People v George,* 300 AD2d 165; *People v Grajales,* 294 AD2d 657; *People v Cancer,* 249 AD2d 696; *People v Nickerson,* 234 AD2d 47; *People v Vega,* 175 AD2d 932; *People v Melendez,* 160 AD2d 739).

The defendant's remaining contention is unpreserved for appellate review, and, in any event, without merit. H. Miller, J.P., Luciano, Schmidt and Townes, JJ., concur.